IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | ) Case No: 1:17-cv-1361-LO-TCB |
| v. | ) |
| | ) |
| | ) |
| FEDFINANCIAL FEDERAL CREDIT UNION | ) |
| ("FedFinancial FCU") | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD: PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within thirty (30) days of the date of this Notice.

Respectfully submitted,

/s/Thomas E. Strelka
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys

        4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

On this 28th day of November, 2018, the foregoing was filed via the Court's electronic CM/ECF filing system which sent a Notice of Electronic Filing to:

Matthew A. Ranck
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - Fax
mranck@decarodoran.com
*Counsel for Defendant*

     /s/Thomas E. Strelka
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com