IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>FEDFINANCIAL FEDERAL CREDIT UNION, )<br>)<br>    Defendant. ) | Case No: 1:17-cv-1361-LO-TCB |

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Keith Carroll ("Plaintiff") and Defendant FedFinancial Federal Credit Union stipulate and jointly request that this Court dismiss Plaintiff's Complaint in the above-entitled action *with prejudice*. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

December 12, 2018.

/s/ L. Leigh R. Strelka
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
STRELKA LAW OFFICE, PC
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802

thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*


/s/ Erin H. Cancienne         _____
Matthew A. Ranck, Esq.
Erin H. Cancienne, Esq.
17251 Melford Boulevard, Suite 200
Bowie, MD 20715
Tel: 301-352-4950
mranck@decarodoran.com
ecancienne@decarodoran.com

*Counsel for Defendant*

2