IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, </br></br> Plaintiff, </br></br> v. </br></br> FEDFINANCIAL FEDERAL CREDIT UNION, </br></br> Defendant. | ) </br> ) </br> ) </br> ) Case No: 1:17-cv-1361-LO-TCB </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER GRANTING DISMISSAL OF ENTIRE ACTION
## WITH PREJUDICE

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

12/13/18

/s/ Liam O'Grady
United States District Judge